FLM/emv
07815-082135
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

GAIL HINES,

                Plaintiff,

        -against-

THE CITY OF NEW YORK, PRISON HEALTH
SERVICES, INC., DR. FRANCK LEVEILLE, M.D.,
NURSE "JANE DOE", CORRECTION OFFICER JANE
DOE 1, and CORRECTION OFFICER JANE DOE 2,

              Defendants.

-------------------------------------------------------------------X

**RULE 26 INITIAL
DISCLOSURES**

10 CV 09597 (PAC) (AJP)

Defendant FRANCK LEVEILLE, M.D. s/h/a DR. FRANCK LEVEILLE, M.D ("Dr. Leveille"), by his attorneys, MARTIN CLEARWATER & BELL LLP, as and for its automatic disclosure states as follows:

    **A.**     **The identity of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, and the subject thereof:**

    1.     Plaintiff Gail Hines (hereinafter "inmate") on the issues of alleged liability and alleged damages.

    2.     Co-defendant The City of New York (including anyone whose name appears in the NYC Dept. of Corrections medical record, in any incident reports, in any reports/documents prepared by the Dept. of Corrections to/for the NYC Dept. of Investigation, NYPD, or any agency regarding the inmate's allegations of sexual abuse by Dr. Leveille, anyone in the Dept. of Corrections staff or non Dept. of Corrections staff who made oral/written statements regarding the inmate's allegations, anyone who appears in any surveillance/video

taken of the inmate and or Dr Leveille regarding the alleged events) on the issues of alleged liability and alleged damages.

3. Co-defendant Prison Health Services, Inc. (including anyone whose name appears in the NYC Dept. of Corrections medical records) on the issues of alleged liability and alleged damages.

4. Co-defendant Nurse "Jane Doe" on the issues of alleged liability and alleged damages.

5. Co-defendant Correction Officer Jane Doe 1 on the issues of alleged liability and alleged damages.

6. Co-defendant Correction Officer Jane Doe 2 on the issues of alleged liability and alleged damages.

7. Defendant Dr. Leveille on the issues of alleged liability and alleged damages.

8. All of the inmate's subsequent treating physicians as these individuals may have discoverable information on the issues of the alleged claims and the alleged damages, and all those individuals whose names appear in the NYC Dept. of Corrections medical record.

**B.** **A general description of all documents in the custody and control of the defendant that may be used to support its claims or defenses:**

Dr. Leveille is currently in possession of a copy of the plaintiff's records from the New York City Department of Health and Mental Hygiene and Elmhurst Hospital recently received from plaintiff's counsel. Dr. Leveille is currently not in possession of any other such documents.

**C.**     **A computation of any category of damages claimed by that party:**

Dr. Leveille is currently not in possession of any such documents.

**D.**     **A copy of the insurance policy that may provide coverage for party of all of any judgment that might be entered in this action:**

We have been advised that Franck Leveille, M.D. maintains a healthcare professional liability claims made policy with Lexington Insurance Company, however, exclusions exist under said insurance coverage policy. As a result, we have been advised that defendant Dr. Leveille's insurance policy coverage will not apply to any exclusions under said insurance coverage policy which includes any medical incident, claim or suit arising out of dishonest practices, sexual misconduct, penalties, or failure to provide professional services.

**PLEASE TAKE NOTICE** that pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, defendant Dr. Leveille reserves the right to supplement this response at any time up to, and including, the time of trial.

Dated: White Plains, New York
        May 16, 2011

Yours, etc.

MARTIN CLEARWATER & BELL LLP

By _____
    Francesca L. Mountain(FM9023)
Attorneys for Defendant
FRANCK LEVEILLE, M.D. s/h/a DR.
FRANCK LEVEILLE, M.D
245 Main Street
White Plains, NY 10601
Telephone: (914) 328-2969
Facsimile: (914) 328-4056

TO:    ANDREW F. PLASSE, P.C.
Attorneys for Plaintiff
352 7th Avenue, Suite 1242
New York, New York 10001
(212) 695-5811

KAUFMAN BORGEEST & RYAN, LLP
Attorneys for Defendant
PRISON HEALTH SERVICES, INC.
120 Broadway
New York, New York 10271
(212) 980-9600

HOWARD EISON, ESQ.
Assistant Corporation Counsel
MICHAEL A. CARDOZO
CORPORATION COUNSEL OF
THE CITY OF NEW YORK
100 Church Street
New York, New York 10007
(212) 788-1240
heison@law.nyc.gov

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK          )
                           )
COUNTY OF WESTCHESTER      )

    **Brian T. Marto,** being duly sworn, deposes and says that he is not a party to this action, is over 18 years of age and is an employee in the office of MARTIN CLEARWATER & BELL LLP, attorneys for the defendant FRANCK LEVEILLE, M.D. s/h/a DR. FRANCK LEVEILLE.

    That on May 16, 2011, he served the within **RULE 26 INITIAL DISCLOSURES**, upon the following attorneys by depositing a true copy of the same securely enclosed in a post-paid wrapper in the Official Depository maintained and exclusively controlled by the United States at 245 Main Street, White Plains, NY 10601 directed to said attorneys at:

ANDREW F. PLASSE, P.C.
Attorneys for Plaintiff
352 7th Avenue, Suite 1242
New York, New York 10001

KAUFMAN BORGEEST & RYAN, LLP
Attorneys for Defendant
PRISON HEALTH SERVICES, INC.
120 Broadway
New York, New York 10271

HOWARD EISON, ESQ.
Assistant Corporation Counsel
MICHAEL A. CARDOZO
CORPORATION COUNSEL OF
THE CITY OF NEW YORK
100 Church Street
New York, New York 10007

that being the address within the State designated by them for the purpose of service upon them of the preceding papers in this action, or the place where they then kept an office for regular communication by mail.

                                         **Brian T. Marto**

Sworn to before me on this
16th day of May, 2011

_____
    Notary Public

**EILEEN M. VENTRUDO**
**Notary Public, State of New York**
**No. 60-9458502**
**Qualified in Westchester County**
**Cert. Filed in New York County**
**Commission Expires February 6, 2015**