USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 28 JUL 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

"GAIL H."

      Plaintiffs,

-against-

THE CITY OF NEW YORK, PRISON HEALTH
SERVICES, INC., DR. FRANCK LEVEILLE,
M.D., NURSE "JANE DOE", CORRECTION
OFFICER JEANETTE MARQUIS (Shield No.
3356) and CORRECTION OFFICER REGINA
WORRELL (Shield No. 18959),

      Defendants
------------------------------------------------------------ X

10 CV 09597 (PAC)

STIPULATION AND ORDER
OF DISMISSAL WITH
PREJUDICE — Partial

Judge: Paul Crotty, U.S.D.J.

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties to the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-captioned matter be, and the same hereby is, voluntarily dismissed with prejudice as against THE CITY OF NEW YORK, CORRECTION OFFICER JEANETTE MARQUIS (Shield No. 3356) and CORRECTION OFFICER REGINA WORRELL (Shield No. 18959), pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, without costs or attorney's fees to any part as against the other.

Dated: July 27, 2011

ANDREW F. PLASSE, P.C.

By: _____
Andrew F. Plasse, Esq.
Attorneys for Plaintiff
352 7th Avenue, Suite 1242
New York, New York 10001
(212) 695-5811

MICHAEL A. CARDOZO

By: _____
Howard Elson, Esq.  HE 5345
Assistant Corporation Counsel
City of New York Law Department
Attorneys for Defendants
THE CITY OF NEW YORK, CORRECTION
OFFICER JEANETTE MARQUIS (Shield No.
3356) and CORRECTION OFFICER REGINA
WORRELL (Shield No. 18959),
100 Church Street
New York, New York 10007
212-442-0832

1584365

KAUFMAN BORGEEST & RYAN LLP

By: _____
Cristina M. LaMarca (CL 6814)
Attorneys for Defendant
PRISON HEALTH SERVICES, INC.
120 Broadway
New York, New York 10583
(212) 980-9600

MARTIN CLEARWATER & BELL LLP

By: _____
John Barbera, Esq. (JJB 2225)
Attorney for Defendant
DR. FRANCK LEVEILLE, M.D.
245 Main Street
White Plains, New York 10601
(914) 686-1390

**28 JUL 2011**

SO ORDERED

_____
Honorable Justice Paul Crotty
United States District Judge