USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1 6 AUG 2011

Crotty, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
"GAIL H."

           Plaintiffs,

-against-

THE CITY OF NEW YORK, PRISON HEALTH
SERVICES, INC., DR. FRANCK LEVEILLE,
M.D., NURSE "JANE DOE", CORRECTION
OFFICER JEANETTE MARQUIS (Shield No.
3356) and CORRECTION OFFICER REGINA
WORRELL (Shield No. 18959),

           Defendants
----------------------------------------------------------------- X

10 CV 09597 (PAC)

STIPULATION AND ORDER
OF DISMISSAL WITH
PREJUDICE

Judge: Paul Crotty, U.S.D.J.

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the parties to the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-captioned matter be, and the same hereby is, voluntarily dismissed with prejudice as against PRISON HEALTH SERVICES, INC. and DR. FRANCK LEVEILLE, M.D. pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, without costs or attorney's fees to any part as against the other. *The Clerk of Court shall terminate this case.*

Dated: July 21, 2011

ANDREW F. PLASSE, P.C.

By: _____
Andrew F. Plasse, Esq.
Attorneys for Plaintiff
352 7th Avenue, Suite 1242
New York, New York 10001
(212) 695-5811
afp490@aol.com

KAUFMAN BORGEEST & RYAN LLP

By: _____
Cristina M. LaMarca (CL 6814)
*Attorneys for Defendants*
PRISON HEALTH SERVICES, INC.
120 Broadway
New York, New York 10583
(212) 980-9600
clamarca@kbrlaw.com

1584326

| | |
|---|---|
| MARTIN CLEARWATER & BELL LLP<br><br>By: _____<br>John Barbera, Esq. (JJB 2225)<br>Attorney for Defendant<br>DR. FRANCK LEVEILLE, M.D.<br>245 Main Street<br>White Plains, New York 10601<br>(914) 686-1390<br>barbej@mcblaw.com | MICHAEL A. CARDOZO<br><br>By: _____<br>Howard Eison, Esq.<br>Assistant Corporation Counsel<br>City of New York Law Department<br>Attorneys for Defendants,<br>THE CITY OF NEW YORK, CORRECTION OFFICER JEANETTE MARQUIS (Shield No. 3356) and CORRECTION OFFICER REGINA WORRELL (Shield No. 18959),<br>100 Church Street<br>New York, New York 10007<br>212-442-0832<br>heison@law.nyc.gov |

SO ORDERED    1 6 AUG 20**

_____
Honorable Justice Paul Crotty
United States District Judge